# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER M. MCGRAW,** | : | **CIVIL ACTION NO. 1:18-CV-1824** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN DOES and JANE DOES 1-10,** | : | |
| **and DAUPHIN COUNTY,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 4th day of April, 2019, upon consideration of plaintiff's

motion (Doc. 17) to compel discovery, and it appearing that the motion was filed in

contravention of the court's case management order, (Doc. 12 ¶ 5(b)), it is hereby

ORDERED that:

1.     The motion (Doc. 17) to compel discovery is DENIED without prejudice.

2.     The parties shall contact the court in order to schedule a telephonic conference in this matter consistent with the court's case management order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania